UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12791
  JAMES E SHAW
  JOLENE SHAW                                   CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-7166      SSN XXX-XX-9614


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/08/06 and confirmed on 03/07/07.

   2.  The case was dismissed after confirmation, 10/31/2008.

   3.  The Debtor paid a total of $  24930.00 .

   4.  The Trustee made disbursements to creditors as follows:


| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY HOME LOAN | CURRENT MORTG | 51872.74 | 6585.44 | 11159.07 |
| FIRST CAPITAL MORTGAGE H | SECURED | 2223.09 | 306.62 | 960.51 |
| JOLIET FURNITURE MART | SECURED | 2783.00 | 402.18 | 886.12 |
| JOLIET FURNITURE MART | SECURED | 1700.00 | 167.33 | 430.38 |
| ILLINOIS DEPT REVENUE | SECURED | 650.00 | 89.25 | 254.29 |
| INTERNAL REVENUE SERVICE | PRIORITY | 11396.85 | .00 | 1217.19 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DES PLAINES VALLEY C U | UNSECURED | 226.55 | .00 | .00 |
| DOUBLEDAY BOOK CLUB | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| KISHOR G AJMERE MD | UNSECURED | NOT FILED | .00 | .00 |
| MRC RECEIVABLES HOUSEHOL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1257.29 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 815.73 | .00 | .00 |
| JOLIET FURNITURE MART | UNSECURED | 1026.65 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 800.07 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RJM ACQUISITIONS LLC | UNSECURED | 45.51 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 694.34 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1228.66 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 713.97 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 984.89 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 115.60 | .00 | .00 |

           Summary of disbursements:

--------------------------------------------------------------------------------

|                     | SECURED   | PRIORITY  | UNSECURED | OTHER | TOTAL     |
|---------------------|-----------|-----------|-----------|-------|-----------|

--------------------------------------------------------------------------------

|                     | SECURED   | PRIORITY  | UNSECURED | OTHER | TOTAL     |
|---------------------|-----------|-----------|-----------|-------|-----------|
| TOTAL CLMS ALLOWED  | 59228.83  | 12381.74  | 6924.37   | .00   | 78534.94  |
| PRINCIPAL PAID      | 13690.37  | 1217.19   | .00       | .00   | 14907.56  |
| INTEREST PAID       | 7550.82   | .00       | .00       | .00   | 7550.82   |
| TOTAL PAID          | 21241.19  | 1217.19   | .00       | .00   | 22458.38  |

The Debtor's attorney, SCHEINBAUM & WEST            , was allowed $   3000.00
and was paid $   1026.00  direct and $       .00  through the plan.

The Trustee received $   1086.62 .

Refunds to the Debtor totaled $   1385.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/16/09                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE